PROBATION FORM NO. 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 19 2011

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# United States District Court
## FOR THE
## DISTRICT OF ARIZONA

**UNITED STATES OF AMERICA**

v.

Crim. No. **09-04340MP-001-PCT-MEA**

**Lewis, Mark William**

On May 6, 2010, the above named was placed on probation for a period of two years. The defendant has complied with the rules and regulations of probation. It is accordingly recommended the defendant be discharged from probation as successful.

Respectfully submitted,

Rebecca A. Wilcox
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation as successful and that the proceedings in the case be terminated.

Dated this 19TH day of September, 2011.

The Honorable Mark E. Aspey
United States Magistrate Judge